No. 04–6670.  MCDONALD v. HOFBAUER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 04–6671.  N'KIMOTU v. SULLIVAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 04–6673.  BRITT, GUARDIAN OF BRITT, A LEGALLY INCAPACITATED PERSON v. FOX ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 04–6675.  COLEMAN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–6676.  COOPER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–6677.  CLAPSADL v. SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–6685.  HERNANDEZ v. GARCIA, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–6687.  GARCIA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–6689.  FAWKES v. CASTRO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–6690.  GRAY v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 04–6692.  IVES v. BOONE, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 04–6695.  SINGH v. MILLER, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–6696.  STEPHENS v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.